UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                         Case No. 17-54093

SHANTEL LATRICE BARNES,                                        Chapter 7

                Debtor.                                    Judge Thomas J. Tucker
_____/

**ORDER STRIKING THE PLEADING FILED DECEMBER 18, 2017**
**BY KILDARE PROPERTIES, INC.**

      This case is before the Court on a letter that was filed on December 18, 2017, by Kildare Properties, Inc., which is a corporation, signed by Sean A. Bannon, its President, who is not an attorney admitted to practice in this Court (Docket # 21, the "Letter"). The letter was signed only by Sean A. Bannon, and not by any attorney.

      The letter must be stricken because Sean A. Bannon is not an attorney. "A layperson may not represent a separate legal entity such as a corporation" in federal court. *Lattanzio v. Comta*, 481 F.3d 137, 139 (2d Cir. 2007); *see also Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) (citations omitted) ("[i]It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel;" and "as the courts have recognized, the rationale for that rule applies equally to all artificial entities;" and "[t]hus, save in a few aberrant cases, the lower courts have uniformly held that 28 U.S.C. § 1654, providing that 'parties may plead and conduct their own cases personally or by counsel,' does not allow corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney"); *United States v. 9.19 Acres of Land*, 416 F.2d 1244, 1245 (6th Cir. 1969) ( "A corporate president may not represent [his] corporation before a federal court. . . . [A] corporation cannot appear otherwise than through an

attorney."); *In re Dick Tracy Ins. Agency, Inc.*, 204 B.R. 39, 39 (Bankr. W.D. Mo. 1997) ("There is no dispute that a corporation must be represented by counsel in a bankruptcy proceeding and may not file a petition *pro se*."); E.D. Mich. L.B.R. 9010-1(a)(1) ("A corporation, partnership or other entity other than an individual may not file a petition or other paper, nor appear as a debtor, plaintiff, defendant or other party in an adversary proceeding, unless it is represented by an attorney duly admitted to, and in good standing with, the bar of the United States District Court for this district.").

For these reasons,

IT IS ORDERED that the Letter (Docket # 21), and all of its exhibits, are stricken.

**Signed on December 19, 2017**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**